IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>     Plaintiffs and<br>     Counter-defendants,<br><br>     v.<br><br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC.,<br><br>     Defendants and<br>     Counter-plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 09-694-SLR |

## RULE 7.1(a) DISCLOSURE STATEMENT FOR OKI DATA AMERICAS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Oki Data Americas, Inc.

hereby states that it is a wholly owned subsidiary of Oki Data Corporation, which is itself a

wholly owned subsidiary of Oki Electric Industry Co., Ltd., and that no other publicly held

corporation owns 10% or more of Oki Data Americas, Inc.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
*jshaw@ycst.com*

2

-- and --

Marc R. Labgold
NAGASHIMA & HASHIMOTO
Hirakawa-cho KS Bldg., 2nd Floor
2-4-14 Hirakawa-cho, Chiyoda-ku
Tokyo 102-0093 Japan

*Attorneys for Oki Data Corporation
and Oki Data Americas, Inc.*

Dated: February 22, 2010

DB02:9265982.1                                                   069002.1002

## CERTIFICATE OF SERVICE

I, John W. Shaw Esquire, hereby certify that on February 22, 2010, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon, LLP
> 1313 N. Market St., Hercules Plaza, 6th Flr.
> P.O. Box 951
> Wilmington, DE 19899-0951
> (302) 984-6000
> *rhorwitz@potteranderson.com*
> *dmoore@potteranderson.com*

I further certify that on February 22, 2010, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel  and on the following non-registered participants:

> John Allcock, Esquire
> Sean C. Cunningham, Esquire
> Edward H. Sikorski, Esquire
> Stanley J. Panikowski, Esquire
> Brian M. Fogarty, Esquire
> DLA Piper LLP
> 401 B Street, Suite 1700
> San Diego, CA  92101-4297
> *john.allcock@dlapiper.com*
> *sean.cunningham@dlapiper.com*
> *ed.sikorski@dlapiper.com*
> *stanley.panikowski@dlapiper.com*
> *brian.fogarty@dlapiper.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


*/s/ John W. Shaw*
John W. Shaw, Esquire (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Oki Data Corporation
and Oki Data Americas, Inc.*

2