IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>Plaintiffs and<br>Counter-defendants,<br><br>v.<br><br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC.,<br><br>Defendants and<br>Counter-plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 09-694-SLR-MPT |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on January 31, 2011, copies of:

1) Oki Data Corporation's Objections and Responses to Ricoh's First 30(b)(6) Notice of Deposition of Defendants and Counter-Plaintiffs Oki Data Corporation and Oki Data Americas, Inc.;

2) Oki Data America, Inc.'s Objections and Responses to Ricoh's First 30(b)(6) Notice of Deposition of Defendants and Counter-Plaintiffs Oki Data Corporation and Oki Data Americas, Inc.;

3) Oki Data America, Inc.'s Objections and Responses to Ricoh's Second 30(b)(6) Notice of Deposition of Defendants and Counter-Plaintiffs Oki Data Corporation and Oki Data Americas, Inc.;

4) Oki Data Corporation's Objections and Responses to Ricoh's Second 30(b)(6) Notice of Deposition of Defendants and Counter-Plaintiffs Oki Data Corporation and Oki Data Americas, Inc.;

5)  Oki Data America, Inc.'s Objections and Responses to Ricoh's Third 30(b)(6)

Notice of Deposition of Defendants and Counter-Plaintiffs Oki Data Corporation and Oki

Data Americas, Inc.; and

6)  Oki Data Corporation's Objections and Responses to Ricoh's Third 30(b)(6)

Notice of Deposition of Defendants and Counter-Plaintiffs Oki Data Corporation and Oki

Data Americas, Inc. were caused to be served upon the following counsel of record in the

manner indicated below.

**BY E-MAIL**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
*rhorwitz@potteranderson.com*
*dmoore@potteranderson.com*

John Allcock, Esquire
Sean C. Cunningham, Esquire
Edward H. Sikorski, Esquire
Stanley J. Panikowski, Esquire
Brian M. Fogarty, Esquire
DLA Piper LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
*john.allcock@dlapiper.com*
*sean.cunningham@dlapiper.com*
*ed.sikorski@dlapiper.com*
*stanley.panikowski@dlapiper.com*
*brian.fogarty@dlapiper.com*

PLEASE TAKE FURTHER NOTICE that on January 31, 2011, a copy of this

Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and

served on above-listed counsel by email.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com
jcastellano@ycst.com
arussell@ycst.com

*Attorneys for Defendants*

Dated:  January 31, 2011