IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>Plaintiffs and<br>Counter-defendants,<br><br>v.<br><br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC.,<br><br>Defendants and<br>Counter-plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 09-694-SLR-MPT |

## **OKI DATA'S NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Defendants and Counter-plaintiffs Oki Data Corporation and Oki Data Americas, Inc. (collectively "Oki Data"), pursuant to Rule 30 of the Federal Rules of Civil Procedure, by their counsel, will take the deposition of the following individual, at the date and time indicated, at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 N. West St., 17th Floor, Wilmington, DE 19801, or at such other time and location as may be agreed by counsel and the parties:

| Deponent | Date | Time |
|---|---|---|
| Takashi Aoki | Friday, March 11, 2011 | 9:00 a.m. EST |

The deposition will be taken before a notary public or other officer authorized by law to administer oaths and take testimony. The deposition will be recorded stenographically, including the use of instantaneous transcription, and possibly by videotape, and will continue from day to day, excluding Sundays and holidays, until completed or adjourned.

2

The deposition will be for the purposes of discovery, to perpetuate the testimony of the witness, for use at trial or other proceedings in this action, and for any and all other purpose(s) permitted under the Federal Rules of Civil Procedure.  Oki Data reserves the right to amend or supplement this notice as more information becomes available to Oki Data during the course of discovery.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel:*

Marc R. Labgold, Ph.D.
Takaaki Nagashima
NAGASHIMA & HASHIMOTO
Hirakawa-cho KS Bldg., 2nd Floor
2-4-14 Hirakawa-cho, Chiyoda-ku
Tokyo 102-0093 Japan
mlabgold@labgoldlaw.com

Dated:  February 25, 2011

 */s/ Jeffrey T. Castellano* 
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
jcastellano@ycst.com

*Attorneys for Oki Data Corporation
and Oki Data Americas, Inc.*

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, hereby certify that on February 25, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon, LLP
>1313 N. Market St., Hercules Plaza, 6th Flr.
>P.O. Box 951
>Wilmington, DE 19899-0951
>(302) 984-6000
>*rhorwitz@potteranderson.com*
>*dmoore@potteranderson.com*

I further certify that on February 25, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

>John Allcock, Esquire
>Sean C. Cunningham, Esquire
>Edward H. Sikorski, Esquire
>Stanley J. Panikowski, Esquire
>Brian M. Fogarty, Esquire
>DLA Piper LLP
>401 B Street, Suite 1700
>San Diego, CA  92101-4297
>*john.allcock@dlapiper.com*
>*sean.cunningham@dlapiper.com*
>*ed.sikorski@dlapiper.com*
>*stanley.panikowski@dlapiper.com*
>*brian.fogarty@dlapiper.com*

2

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


/s/ *Jeffrey T. Castellano*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jcastellano@ycst.com

*Attorneys for Oki Data Corporation
and Oki Data Americas, Inc.*

2