IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>      Plaintiffs and<br>      Counter-Defendants,<br><br>v.<br><br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC.,<br><br>      Defendants and<br>      Counter-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 09-694-SLR-MPT |

## OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY UNDER THE PRINCIPLES ANNOUNCED IN *DAUBERT*

Defendants and Counter-Plaintiffs Oki Data Corporation and Oki Data Americas, Inc. (collectively "Oki Data"), hereby move to exclude the expert reports and testimony of Harumi Kojo and Samuel R. Phillips, expert witnesses for Plaintiffs and Counter-Defendants Ricoh Company, Ltd. and Ricoh Americas Corporation (collectively "Ricoh"), pursuant to the principles announced in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Federal Rule of Evidence 702, and Federal Rule of Civil Procedure 26.

The grounds for this motion are fully set forth in Oki Data's opening brief in support of this motion. A proposed order is attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Oki Data Corporation
and Oki Data Americas, Inc.*

*Of Counsel:*

Takaaki Nagashima
Marc R. Labgold, Ph.D.
NAGASHIMA & HASHIMOTO
Hirakawa-cho KS Bldg., 2nd Floor
2-4-14 Hirakawa-cho, Chiyoda-ku
Tokyo 102-0093 Japan
mlabgold@labgoldlaw.com

Dated: July 19, 2011

## **CERTIFICATE OF SERVICE**

I, John W. Shaw, hereby certify that on July 19, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon, LLP
>1313 N. Market St., Hercules Plaza, 6th Flr.
>P.O. Box 951
>Wilmington, DE 19899-0951
>(302) 984-6000
>*rhorwitz@potteranderson.com*
>*dmoore@potteranderson.com*

I further certify that on July 19, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

>John Allcock, Esquire
>Sean C. Cunningham, Esquire
>Edward H. Sikorski, Esquire
>Stanley J. Panikowski, Esquire
>Brian M. Fogarty, Esquire
>DLA Piper LLP
>401 B Street, Suite 1700
>San Diego, CA 92101-4297
>*john.allcock@dlapiper.com*
>*sean.cunningham@dlapiper.com*
>*ed.sikorski@dlapiper.com*
>*stanley.panikowski@dlapiper.com*
>*brian.fogarty@dlapiper.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
Karen E. Keller (No. 4489)
David M.Fry (No. 5486)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Oki Data Corporation and Oki Data Americas, Inc.*