IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>        Plaintiffs and<br>        Counter-Defendants,<br><br>v.<br><br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC.,<br><br>        Defendants and<br>        Counter-Plaintiffs. | )))))))))))))) | C.A. No. 09-694-SLR-MPT |

## [PROPOSED] ORDER

At Wilmington this _____ day of _____, 2011, the Court having considered the motion of Defendants and Counter-Plaintiffs Oki Data Corporation and Oki Data Americas, Inc. (collectively "Oki Data") to exclude expert testimony pursuant to the principles announced in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Federal Rule of Evidence 702, and Federal Rule of Civil Procedure 26;

IT IS ORDERED that the Motion is GRANTED.

1. The highlighted text in Ms. Harumi Kojo's report (at A5-7, 9-15 in Oki Data's Appendix to the Motion), and any testimony based thereon, is hereby excluded.

2. The reports and testimony of Mr. Samuel R. Phillips are hereby excluded.

_____
UNITED STATES DISTRICT JUDGE